**In re James M. CUTSHAW, Respondent.**

**No. 13–BG–956.**

District of Columbia Court of Appeals.

Filed July 28, 2016.

Before: GLICKMAN, Associate Judge, and NEBEKER and FARRELL, Senior Judges.

### ORDER

PER CURIAM.

On consideration of the certified order suspending respondent from the practice of law in the state of Louisiana for a period of thirty months, this court's September 17, 2013, suspending respondent pending further order of the court, respondent's D.C. Bar R. XI, § 14(g) affidavit filed on June 13, 2014, this court's April 19, 2016, order directing respondent to show cause why the functionally-equivalent reciprocal discipline of a thirty-month suspension with a fitness requirement should not be imposed, the statement of Disciplinary Counsel regarding reciprocal discipline, and it appearing that respondent did not file a response to this court's order, it is

ORDERED that James M. Cutshaw is hereby suspended from the practice of law in the District of Columbia for a period of thirty months, *nunc pro tunc* to June 13, 2014. Reinstatement is contingent upon a showing of fitness. *See In re Sibley,* 990 A.2d 483 (D.C.2010), and *In re Fuller,* 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline

applies to all cases in which the respondent does not participate).